■ In the Matter of the Claim of ADOLPH M. SCHUSTER, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion by Robert L. Harder, Esq., heretofore appointed to represent the claimant-respondent herein for an order fixing his fee. Motion granted and his fee is hereby allowed and fixed in the sum of $100 pursuant to the provisions of section 538 of the Labor Law.